UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
AUG 0 1 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Corin Reyes
          Plaintiff,

v.                                           Case No. SA16-CV-515-XR

National Credit Adjusters, LLC

          Defendant.

## DEFAULT ENTRY BY CLERK

It appearing from the records in the above entitled action that summons, issued on the Plaintiff's Complaint, has been served upon the third party defendant named below, and it further appearing from the affidavit of counsel for plaintiff that third party defendant has failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure:

NOW, therefore, on request of counsel for Plaintiff, the default of the following named third party defendant is hereby entered:

**National Credit Adjusters, LLC**

                                      JEANNETTE J. CLACK, CLERK
                                      UNITED STATES DISTRICT COURT

                                      By: _____
                                          Amy Jackson, Deputy Clerk

DATED: August 1, 2016